# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

VIRTAMOVE, CORP.

vs.    Case No.: 7:25-cv-00254

MICROSOFT CORPORATION

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Jefferson Cummings**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **VIRTAMOVE, CORP.** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Russ August & Kabat** with offices at:

    Mailing address: 12424 Wilshire Blvd, 12th Floor

    City, State, Zip Code: Los Angeles, CA 90025

    Telephone: 3108267474    Facsimile: 3108266991

2. Since 11/21/2024, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia. Applicant's bar license number is 90027452.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC ED Texas | 12/5/2024 |
    | | |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 7:24-cv-00030-ADA   on the 10 day of April, 2025.
   Number: 7:24-cv-00033-ADA   on the 10 day of April, 2025.
   Number: 7:24-cv-00338-ADA   on the 10 day of April, 2025.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Christian Conkle

Mailing address: Russ August & Kabat, 12424 Wilshire Blvd, 12th Floor

City, State, Zip Code: Los Angeles, CA 90025

Telephone: 3108267474

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jefferson Cummings to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jefferson Cummings
[printed name of Applicant]

*Jefferson Cummings*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12 day of June, 2025.

Jefferson Cummings
[printed name of Applicant]

*Jefferson Cummings*
[Signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

VIRTAMOVE, CORP.

vs.                                                           Case No.:

MICROSOFT CORPORATION

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jefferson Cummings, counsel for VIRTAMOVE, CORP., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jefferson Cummings may appear on behalf of VIRTAMOVE, CORP. in the above case.

IT IS FURTHER ORDERED that Jefferson Cummings, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
Please Choose Judge

Reset all fields     Print Form