| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff        Ref. No. or File No.: 4874-002H | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION |

| Plaintiff: VIRTAMOVE, CORP., |
|---|
| Defendant: MICROSOFT CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00254 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Motion For Admission Pro Hac Vice; Order; Notice Of Related Cases; Plaintiff's Corporate Disclosure Statement; Order To Transfer

3. a. Party served:      MICROSOFT CORPORATION
   b. Person served:   Kaneisha Gross, Authorized to Accept for Corporation Services Company Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 East 7th Street Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 16 2025 (2) at: 03:09 PM

6. **Person Who Served Papers:**
   a. Justin Rogers                                           d. The Fee for Service was:    $319.35
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/17/25
(Date)                                                        (Signature)



PROOF OF SERVICE

13525591
(17304288)