# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., *Plaintiff*, v. MICROSOFT CORPORATION, *Defendant*. | Case No. 7:25-cv-00254-ADA |

## NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendant Microsoft Corporation ("Microsoft") hereby provides notice that the parties have agreed to extend Microsoft's deadline to answer, move, or otherwise respond to VirtaMove, Corp.'s ("Plaintiff") Complaint for Patent Infringement (Dkt. 1). The current deadline is July 7, 2025. The Parties have agreed that this deadline be extended by 45 days until August 21, 2025. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: June 24, 2025

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

**ATTORNEY FOR DEFENDANT MICROSOFT CORPORATION**

1621263328.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna
