UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant*. | Case No. 7:25-cv-00254-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Microsoft Corporation ("Microsoft"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly move for dismissal of Plaintiff's claims against Defendant with prejudice, and dismissal of Defendant's defenses and counterclaims without prejudice. The Parties further move this Court to order that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 20, 2025                                    Respectfully submitted,

| | |
|---|---|
| */s/ Reza Mirzaie*<br>Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br>Jacob R. Buczko (CA SBN 269408)<br>jbuczko@raklaw.com<br>James S. Tsuei (CA SBN 285530)<br>jtsuei@raklaw.com<br>James A. Milkey (CA SBN 281283)<br>jmilkey@raklaw.com<br>Christian W. Conkle (CA SBN 306374)<br>cconkle@raklaw.com | */s/John Guaragna*<br>John M. Guaragna<br>Texas Bar No. 24043308<br>Zachary Loney<br>Texas Bar No. 24092714<br>Michael Saulnier<br>Texas Bar No. 24131647<br>**DLA PIPER LLP (US)**<br>303 Colorado, Suite 3000<br>Austin, TX 78701<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@us.dlapiper.com<br>zachary.loney@us.dlapiper.com<br>michael.saulnier@us.dlapiper.com |

1

Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

**Attorneys for Plaintiff VirtaMove, Corp.**

Erin Gibson
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
erin.gibson@us.dlapiper.com

Robert Williams
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1300
Fax: 858.677.1401
robert.williams@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
**DLA PIPER LLP (US)**
845 Texas Ave, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
ahimsa.hodari@us.dlapiper.com

Meera Midha (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300
meera.midha@us.dlapiper.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

                              /s/ Reza Mirzaie
                              Reza Mirzaie