UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Case No. 7:25-cv-00254-ADA <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) by Plaintiff VirtaMove, Corp. and Defendant Microsoft Corporation.

IT IS ORDERED that all claims asserted by Plaintiff VirtaMove, Corp. against Defendant Microsoft Corporation in this case are dismissed with prejudice and Defendant's defenses and counterclaims in this action be dismissed without prejudice. It is further ORDERED that the parties bear their own costs, expenses, and attorneys' fees.

SIGNED this _____ day of August, 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1