UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 7-25-CV-00254-ADA |
| **MICROSOFT CORPORATION,** | § | |
| Defendant. | § | |

**O R D E R**

Given that the parties have stipulated to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 12), the Court instructs the Clerk of Court to **CLOSE** the case.

**SIGNED** this 21st day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE